```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

S. KEITH MIYABARA            ]
    Plaintiff,               ]
                             ]         GENERAL DOCKET
v.                           ]         No. 3:12-mc-0049
                             ]         Judge Campbell
FEDERAL NATIONAL MORTGAGE    ]
ASSOCIATION                  ]
    Defendant.               ]


## O R D E R

The Court has before it a *pro se* "Emergency Motion/Petition/ Complaint" (Docket Entry No.1).[1] The plaintiff has neglected, however, to either pay the fee required for the filing of the Emergency Motion ($350) or submit a properly completed application to proceed in forma pauperis.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of three hundred fifty dollars ($350.00) or submit an application to proceed in forma pauperis. For plaintiff's convenience, the Clerk shall provide the plaintiff with a blank application to proceed in forma pauperis.

The plaintiff is forewarned that, should he fail to comply

---

[1] The plaintiff states that this action is "derivative" of Case No.3:11-0988 but that it should be "treated separate". Docket Entry No.1 at pg.2. Accordingly, plaintiff's Emergency Motion has been docketed as an independent action.

with these instructions within the specified period of time, the Court will presume that he is no longer interested in pursuing this matter and will dismiss the instant action for want of prosecution.

It is so ORDERED.

*Todd Campbell*
Todd Campbell
United States District Judge